# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 5, 2013

146694

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DISCOUNT TIRE CO.,
        Petitioner-Appellee,

v

DEPARTMENT OF TREASURY,
        Respondent-Appellant.

SC: 146694
COA: 307038
Court of Claims: 10-000026-MT

_____/

      On order of the Court, the application for leave to appeal the November 6, 2012 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE that portion of the Court of Appeals opinion holding that Mich Admin Code R 205.16 is invalid. The Court of Appeals did not need to reach this issue because, as it correctly held, the petitioner met the requirements of that rule. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 5, 2013



Clerk

p0702